UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPI INTERNATIONAL, LTD.,<br>    Plaintiff,<br><br>    v.<br><br>PRIME RESOURCES CORP.,<br>    Defendant. | Case No. 13-cv-01511-WHO<br><br>**ORDER REGARDING DISCOVERY**<br>Re: Dkt. No. 37 |

Following the Court's January 28, 2014 Case Management Conference, the parties were to meet and confer and advise the Court of their agreed-upon schedule for depositions and whether there were any outstanding discovery issues remaining. On January 31, 2014, the parties advised the Court on the status of the various discovery issues remaining.

The Court attempted at the Case Management Conference to convey its concern over defendant's compliance with its obligations in discovery. That concern is heightened by the parties' status report, in which no explanation was provided for defendant's continued non-compliance. Further delay in defendant's production of documents, responses to discovery or engagement in the ENE is unacceptable. The Court orders the following:

By **February 7, 2014**, the parties shall agree to a date certain for the ENE and the defendant shall attend that ENE.

By **February 7, 2014**, defendant shall provide a complete and truthful supplemental response to plaintiff's interrogatories, under penalty of perjury, unless defendant contends that its previously provided responses comply in full with its obligations under the Federal Rules of Civil Procedure. In that event, if plaintiff remains dissatisfied with the response, the parties shall file a joint letter describing their respective positions in accordance with this Court's Standing Order by **February 14, 2014**.

1   By **February 7, 2014**, if all previously requested documents have not been produced by
2 defendant to plaintiff, defendant shall file with the Court a detailed explanation of why not, what
3 documents are missing from its production, and where else defendant needs to search for
4 responsive documents.

5   **IT IS SO ORDERED**.

6 Dated: January 31, 2014



WILLIAM H. ORRICK
United States District Judge