UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPI INTERNATIONAL, LTD., <br><br> Plaintiff, <br><br> v. <br><br> PRIME RESOURCES CORP., <br><br> Defendant. | Case No. 13-cv-01511-WHO <br><br> **ORDER RE ENE** <br><br> Re: Dkt. Nos. 38, 39 |

The Court has reviewed the parties' letters and requires that ENE proceed as scheduled. The Court reminds counsel of their obligations to act courteously and in good faith.

**IT IS SO ORDERED**.

Dated: February 27, 2014



WILLIAM H. ORRICK
United States District Judge